**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| | Case No. 15 B 30358 |
| WADE R. HAWKINS | Judge Timothy A. Barnes |
| Debtor. | Motion Date: 10/28/15 – Room 613 |
| | Motion Time: 10:00 A.M. |

TO:   Wade R. Hawkins, P.O. Box 5492, River Forest, IL 60305

Penelope N. Bach, Esq., Sulaiman Law Group, Ltd., 900 Jorie Boulevard, Suite 150, Oak Brook, IL

Michael K. Desmond, Trustee, Figliulo & Silverman P.C., 10 S. LaSalle, Suite 3600, Chicago, IL 60603

## NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that on **OCTOBER 28, 2015 at 10:00 A.M.**, or as soon thereafter as counsel may be heard, I will appear before the Honorable Judge Timothy A. Barnes or any judge sitting in his stead in Room 613 or in the courtroom usually occupied by her at the United States Courthouse, 219 South Dearborn, Chicago, Illinois 60604, and then and there present the **MOTION FOR RELIEF FROM AUTOMATIC STAY** and **REQUEST FOR ABANDONMENT**, a copy of which is hereby served upon you.

## CERTIFICATE OF SERVICE

I, Sandra L. Makowka, an attorney, on oath state that on September 28, 2015**,** I caused a true and correct copy of this notice and attached pleading to be served upon the above-named persons by mailing a copy thereof by first class mail by depositing the same in the U.S. mail at Orland Park, Illinois at 4:00 p.m., with proper postage prepaid.

                                             **/s/ Sandra L. Makowka**

**DAVID T. COHEN & ASSOCIATES, LTD.**
**SANDRA L. MAKOWKA**
**ATTORNEY NO. 6286780**
**10729 W. 159TH STREET**
**ORLAND PARK, IL 60467**
**(708) 460-7711**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>WADE R. HAWKINS<br><br>Debtor. | CHAPTER 7<br>Case No. 15 B 30358<br>Judge Timothy A. Barnes<br><br>Motion Date: 10/28/15 – Room 613<br>Motion Time: 10:00 A.M. |

**MOTION FOR RELIEF FROM AUTOMATIC STAY AND REQUEST FOR ABANDONMENT**

TCF National Bank (the "Movant") moves this court for the entry of an order, pursuant to 11 U.S.C. §362(d), Bankruptcy Rules 4001 and 9014, for relief from the automatic stay and compelling the Trustee to abandon the asset. In support of its motion, the Movant states:

1. On September 3, 2015, Wade R. Hawkins, the Debtor, filed a petition for relief under Chapter 7 of the Bankruptcy Code.

2. The Bankruptcy Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 157(b)(1) and 157(b)(2)(G), 11 U.S.C. §§362 and 554, and Federal Rules of Bankruptcy Procedure 4001 and 9014. This is a "core" proceeding under 28 U.S.C. §157(b)(2)(G).

3. Venue is property in this Court pursuant to 28 U.S.C. §1409.

4. The Movant is the owner and holder of a Note dated February 23, 2007 executed by Debtor and Eric D. Tucker in the original principal amount of Two Hundred Eight Thousand Seven Hundred Eighty One and 37/100ths ($208,781.37) Dollars. A copy of the Note is attached hereto as Exhibit "A".

5. Said Note is secured by a Mortgage against the property commonly described as 625 South Harlem Avenue, Forest Park, Illinois 60130, which Mortgage was duly recorded in the Office of the Recorder of Deeds of Cook County as document 0706608121. A copy of the Mortgage is attached hereto as Exhibit "B". Said Note and Mortgage are hereinafter collectively referred to as "First Mortgage."

6. The First Mortgage is past due for the June, 2014 mortgage payment and each month thereafter. The current pre-petition default amount is $19,713.00.

7. Since the filing of the bankruptcy petition, the First Mortgage has also become due for the September, 2015 mortgage payment. The current post petition default amount is $1,314.20.

8. The Movant is the owner and holder of a second Note dated February 23, 2007 executed by Debtor and Eric D. Tucker in the original principal amount of Twenty Thousand and 00/100ths ($20,000.00) Dollars. A copy of the Note is attached hereto as Exhibit "C".

9. Said Note is secured by a Mortgage against the property commonly described as 625 South Harlem Avenue, Forest Park, Illinois 60130, which Mortgage was duly recorded in the Office of the Recorder of Deeds of Cook County as document 0706608122. A copy of the Mortgage is attached hereto as Exhibit "D". Said Note and Mortgage are hereinafter collectively referred to as "Second Mortgage."

10. The Second Mortgage is past due for the April, 2014 mortgage payment and each month thereafter. The current pre-petition default amount is $4,387.48.

11. Since the filing of the bankruptcy petition, the Second Mortgage has also become due for the September, 2015 mortgage payment. The current post petition default amount is $131.13.

12. Prior to the filing of the instant bankruptcy petition, on March 4, 2015, Movant filed a complaint to foreclose on both the First Mortgage and Second Mortgage against the above-described real estate, which case is pending in the Circuit Court of Cook County, Illinois as case number 15 CH 03648. A Motion for Judgment was withdrawn in the state court foreclosure action on September 16, 2015 due to the filing of the instant bankruptcy petition.

13. Movant requests relief from the automatic stay to foreclose both of its Mortgages on the Property for cause, pursuant to 11 U.S.C. §362(d)(1-2), for the following reasons:

   a. Debtor's Statement of Intention states that Debtor intends to retain the property secured by Movant's First Mortgage and Second Mortgage. However, Debtor is delinquent in payments to Movant pursuant to the terms of the First Mortgage and Second Mortgage and has failed to cure the pre-petition default for either Mortgage and has also failed to make any payments to Movant for either Mortgage since the filing of the bankruptcy petition;

   b. Debtor does not have equity in the Property and the Property is not necessary for an effective reorganization. The total balance due and owing on the First Mortgage is $219,376.30. The total balance due and owing on the Second Mortgage is $24,634.46. Accordingly, the aggregate balance due and owing on both loans,

$244,010.76, exceeds the fair market value of the property which is estimated to be $50,000.00.

14. The Chapter 7 Meeting of the Creditors is scheduled to occur in this matter on October 21, 2015. However, pursuant to 11 U.S.C. §554(b), since there is no equity in the Property and the Property is of inconsequential value and benefit to the estate, the Trustee should abandon the Property from the estate.

15. To date, attorneys' fees in the amount of $405.00 and costs in the amount of $176.00 have been incurred.

16. No cause exists to delay the enforcement and implementation of relief and if not permitted to continue to foreclose its security interest in the Property, Movant will suffer irreparable injury, loss and damage in addition to incurring additional fees and costs in the pending foreclosure action; therefore, Movant requests any stay of enforcement pursuant to Bankruptcy Rule 4001(a)(3) be waived.

**WHEREFORE,** Movant requests that this Court enter an order:

1. Granting Movant relief from the automatic stay in effect under 11 U.S. C. §362(a) to permit it to complete its foreclosure and enforce its liens;
2. For an Order compelling the Trustee's interest in said property to be abandoned;
3. Providing that said order shall not be stayed until the expiration of 14 days as otherwise required by Federal Rule of Bankruptcy Procedure 4001 (a)(3);  and
4. Providing for such other and further relief as is just in the circumstances.

> Respectfully Submitted,
>
> **TCF NATIONAL BANK**
>
> **BY: /s/ SANDRA L. MAKOWKA**

**DAVID T. COHEN & ASSOCIATES, LTD.**
**ATTORNEY NO. 6286780**
**10729 W. 159TH STREET**
**ORLAND PARK, IL 60467**
**(708) 460-7711**